AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 8:20-MJ-00488 | Date and time warrant executed: 8/10/2020  2:54 pm | Copy of warrant and inventory left with: Paul Johnson (TFO) |
|---|---|---|

Inventory made in the presence of: STOVER, Johnson

Inventory of the property taken and name of any person(s) seized:

- See report, serial 46, Federal Digital Devices SW

    a. dash camera
    b. iPhone 8 plus
    c. Macbook Air
    d. 32gb iPod
    e. Pink iPod
    f. WD passport for mac
    g. HP laptop

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/10/20

Executing officer's signature

Special Agent Dewey Stover

Printed name and title